Argued and submitted October 20, affirmed December 8, 1980,
former opinion withdrawn, affirmed
(50 Or App 301, 623 P2d 676) February 3,1981

STATE OF OREGON,
*Respondent,*
*v.*
FRED ROBERT KERR,
*Appellant.*

(No. B57-314, CA 17736)

619 P2d 1355

David J. Phillips, Eugene, argued the cause and filed the brief for appellant.

W. Benny Won, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief was James M. Brown, Attorney General, John R. McCulloch, Jr., Solicitor General, and William F. Gary, Deputy Solicitor General, Salem.

Before Schwab, Chief Judge, and Richardson and Buttler, Judges.

PER CURIAM.

Affirmed. Rule 25.10 of the Supreme Court and Court of Appeals Rules of Appellate Procedure (March 1, 1979).[1]

_____

[1] Rule 25.10 states in pertinent part:

"* * * * *

"Each assignment of error shall be clearly and succinctly stated under a separate and appropriate heading. The assignment of error must be specific and must set out verbatim the pertinent portions of the record. Assignments of error which the court can consider only by searching the record for the proceedings complained of will not be considered.